Leo P. BOUDREAUX, on Behalf of and for the Use and Benefit of his Minor Son, Walton Boudreaux, Plaintiff and Appellant, v. NEW ORLEANS PUBLIC SERVICE, Inc., Defendant and Appellee.

No. 14048.

Court of Appeal of Louisiana. Orleans.
June 27, 1932.

W. J. & H. W. Waguespack, of New Orleans, for appellant.

Alvin R. Christovich and Ivy G. Kittredge, both of New Orleans, for appellee.

JANVIER, J.

The injury sustained in this case resulted from the accident which formed the basis of the suit we have decided to-day entitled Mr. and Mrs. Clifford J. Tabary v. New Orleans Public Service, Inc., 142 So. 800.

For the reasons given in that case, the judgment appealed from herein is affirmed.

Affirmed.